UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL STEWART,<br><br>                    Plaintiff,<br><br>        -against-<br><br>LOOKSTYLER INC.,<br><br>                    Defendant. | 1:25-cv-00395 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On March 11, 2025, the Clerk's Office entered a Certificate of Default as to Defendant Lookstyler Inc. Dkt. 15.

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment, including a supporting memorandum of law explaining why default judgment in favor of Plaintiff is warranted and any other supporting materials, under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b) by **March 20, 2025**. Plaintiff shall serve Defendant with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order **within two business days of filing the motion for default judgment**. Within **two business days of service,** Plaintiff must file proof of such service on the docket.

IT IS FURTHER ORDERED that Defendant shall file any opposition to the motion for default judgment by **April 3, 2025**.

IT IS FURTHER ORDERED that Defendant shall appear for a default judgment hearing before this Court on **April 15, 2025 at 12 p.m**. in the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 20B, why an order should not be issued granting a default judgment against Defendant.

2

In the event that Defendant appears or opposes the motion for default judgment prior to that date, the parties shall notify the Court promptly and the Court will adjourn that conference or treat it as an initial pretrial conference.

Dated: March 13, 2025
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge